1  GRODSKY & OLECKI LLP
   Allen B. Grodsky (State Bar No. 111064)
2  Zachary Rothenberg (State Bar No. 215404)
   2001 Wilshire Blvd., Ste. 210
3  Santa Monica, California  90403                    JS-6
   Telephone: 310.315.3009
4  Facsimile: 310.315.1557

5

   Attorneys for Defendants Intervisual
6  Communications, LLC and Structural
   Graphics LLC
7

8
                    UNITED STATES DISTRICT COURT
9
             IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11
   CHEEDAD ADHESIVE TRADE MARKS  )   Case No.  CV 07 3191 DSF JTLx
12 PRINTING CO. LTD., a corporation )
   organized under the laws of Hong Kong, )   Hon. Dale S. Fischer
13 People's Republic of China,     )
                                   )   **JUDGMENT**
14                                 )
              Plaintiff,           )
15                                 )
        v.                         )
16                                 )
   INTERVISUAL COMMUNICATIONS,     )
17 LLC, a Connecticut business entity, form )
   unknown; STRUCTURAL GRAPHICS    )
18 LLC, a business entity, form unknown, and )
   DOES 1 through 10, inclusive.   )
19                                 )
              Defendants.          )
20                                 )
   _____ )
21

22

23

24

25

26

27

28

                                   -1-

1  This action came before this Court, the Honorable Dale S. Fischer, District
2  Judge presiding, on a Motion for Summary Judgment by Defendants Intervisual
3  Communications, LLC and Structural Graphics LLC, the Court having deemed this
4  matter appropriate for decision without oral argument, and the evidence presented,
5  including upon supplemental briefing, having been fully considered, the issues having
6  been duly heard, and a decision having been duly rendered,

7  IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Cheedad Adhesive
8  Trade Marks Printing Co. Ltd. take nothing, that the action be dismissed on its merits,
9  with prejudice, and that defendants Intervisual Communications, LLC and Structural
10 Graphics LLC recover their costs in the amount of $_____.

13 Dated:  5/22/08     _____
                         United States District Judge